1  Kenneth L. Perkins, Jr. (SBN 113531)
   Brian M. Dobbs (SBN 215971)
2  BERRY & PERKINS
   A Professional Corporation
3  18401 Von Karman Avenue, Suite 460
   Irvine, California  92612-8551
4  Telephone: (949) 475-1700
   Facsimile: (949) 475-1800
5
   Attorneys for Judgment Creditor
6  PACKAGE DEVELOPMENT CORP.,
   a Missouri corporation
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10
   PACKAGE DEVELOPMENT CORP.,            **Case No.: 06-MC-0101 LKK DAD**
11
              Judgment Creditor,          **APPLICATION AND ORDER FOR**
12                                        **APPEARANCE AND EXAMINATION**
       v.
13                                        Date:       November 17, 2006
   BRADLEY T. BAILEY,                     Time:       10:00 a.m.
14                                        Location: 501 I Street, Suite. 4-200
              Judgment Debtor.                        Courtroom 27
15                                                    Sacramento, CA 95814

16                 <u>ORDER TO APPEAR FOR EXAMINATION</u>

17  **TO JUDGMENT DEBTOR BRADLEY T. BAILEY:**

18        **YOU ARE ORDERED TO APPEAR** personally before this court, or before a referee

19  appointed by the court, at the time and place set forth above, to furnish information to aid in

20  enforcement of a money judgment against you.

21        This order may be served by a sheriff, marshal, or registered process server.

22  DATED: October 13, 2006.

23
                                 _Dale A. Drozd_
24                               _____
                                 DALE A. DROZD
25                               UNITED STATES MAGISTRATE JUDGE

26

27        **NOTICE TO JUDGMENT DEBTOR:** If you fail to appear at the time and place specified

28  in this order, you may be subject to arrest and punishment for contempt of court, and the court may

                                        1

1   make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in

2   this proceeding.

3

4                      **APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

5          1.      Judgment creditor Package Development Corp., a Missouri corporation, applies for an

6   order requiring judgment debtor Bradley T. Bailey to appear and furnish information to aid in the

7   enforcement of a money judgment against him, or to answer concerning property or debt.

8          2.      The person to be examined is the judgment debtor.

9          3.      The person to be examined resides or has a place of business in this county or within

10  150 miles of the place of examination.

11         I declare under penalty or perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13         Executed this 13th day of October 2006 at Irvine, California.

14

15                                          /s/  *Kenneth L. Perkins, Jr.*
                                            KENNETH L. PERKINS, JR.

16

17

18

19

20  Ddad1/orders.civil/package0101.ord

21

22

23

24

25

26

27

28

2